# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Brian Gabriel Tana | : | |
| Debtor | : | Bankruptcy No. 17-12794-elf |

### ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 4/24/17 , this case is hereby DISMISSED.

**Date: May 25, 2017**

Chief Judge Eric L. Frank
Chief United States Bankruptcy Judge

Missing Documents:   Atty Disclosure Statement
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)