United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-12794-elf
Brian Gabriel Tana                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: May 25, 2017
                              Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
db             +Brian Gabriel Tana,    214 Pine Street,    glenolden, PA 19036-1006
13904845       +Michael T. McKeever, Esquire,    Goldbeck McCafferty & McKeever,    Suite 5000 - Mellon Ind. Ctr.,
                701 Market Street,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 26 2017 01:07:57     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 26 2017 01:07:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 26 2017 01:07:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13904846       +E-mail/Text: bankruptcy@loanpacific.com May 26 2017 01:08:15     Pacific Union Financial,
                 1603  LBJ Freeway,    Suite 500,    Farmers Branch, TX 75234-6071
13914943       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 26 2017 01:09:56     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    Pacific Union Financial, LLC
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Debtor Brian Gabriel Tana rholber@holber.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,     philaecf@gmail.com
                                                                                               TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                          :        Chapter   13

Brian Gabriel Tana

                                               :

       Debtor                                  :        Bankruptcy No.  17-12794-elf

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 4/24/17 , this case is hereby DISMISSED.

**Date: May 25, 2017**

                                                       Chief Judge Eric L. Frank
                                                       Chief United States Bankruptcy Judge

Missing Documents:        Atty Disclosure Statement
                          Chapter 13 Plan
                          Chapter 13 Statement of Your Current Monthly Income and
                          Calculation of Commitment Period Form 122C-1
                          Means Test Calculation Form 122C-2
                          Schedules AB-J
                          Statement of Financial Affairs
                          Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)